BARBARA HOPE O'NEILL #102968
Attorney at Law
2014 Tulare Street, Suite 510
Fresno, California 93721
Telephone: (559) 459-0655

Attorney for Bonnie Lynn Recinos

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE No. 1:12-cr-000035 AWI- BAM |
| ) | |
| ) | STIPULATION REGARDING |
| Plaintiff, ) | CONTINUANCE: FINDINGS AND |
| ) | ORDER |
| v. ) | |
| ) | EXCLUSION OF TIME ADDED |
| BONNIE LYNN RECINOS, ) | |
| ) | |
| Defendant. ) | |

## STIPULATION

Defendant and co-defendant by and through their counsel of record and Plaintiff by and through its counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for status hearing on Monday, March 10, 2014 at 1 p.m.

2. By this stipulation, the parties now move to continue the status date to March 24, 2014 at 1 p.m.

3. The parties agree and stipulate, and request that the Court find the following:

4. Defendant Recinos has been ill and unable to attend court for a number of hearings. She has recently received new medication. She wishes to attend the next court hearing and this would allow her additional time to stabilize with her new medication. Furthermore counsel for Ms. Recinos will be out of state on March 10, 2014.

5. Based on the above, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendants in a trial within the original date prescribed by the Speedy Trial Act. For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 1361, et seq., within which trial must commence, the time period of the date of this stipulation to March 24, 2014, inclusive, is deemed excludable pursuant to 18 U.S.C. §§ 1361(h)(7)(A) and 3161 (h)(7)(B)(i) and (iv) because it results from a continuance granted by the Court at defendants' request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendants in a speedy trial.

IT IS SO STIPULATED:

DATED: March 3, 2014   Respectfully submitted,

s/s Barbara hope O'Neill   .
BARBARA HOPE O'NEILL,
Attorney for Bonnie Lynn Recinos

DATED: March 3, 2014   s/s Jeremy Kroger   .
JEREMY KROGER,
Attorney for Julie Leon Obdulia

DATED: March 3, 2014   s/s Henry Z. Carbajal, III   .
Henry Z. Carbajal, III
Assistant United States Attorney

**ORDER**

IT IS SO ORDERED that the 7th (Ricinos) and 8th (Leon) Status Conference is continued from March 10, 2014 to March 24, 2014 at 1:00 PM before Judge McAuliffe. Time is excluded from 3/10/2014 to 3/24/2014 pursuant to 18 U.S.C. §§ 1361(h)(7)(A) and 3161 (h)(7)(B)(i) and (iv).

IT IS SO ORDERED.

Dated: **March 4, 2014**         /s/ *Barbara A. McAuliffe*

UNITED STATES MAGISTRATE JUDGE