BARBARA HOPE O'NEILL #102968
Attorney at Law
2014 Tulare Street, Suite 510
Fresno, California 93721
Telephone: (559) 459-0655

Attorney for Bonnie Lynn Recinos

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE No. 1:12-cr-000035 AWI- BAM |
| ) | |
| ) | STIPULATION AND ORDER REGARDING |
| Plaintiff, ) | CONTINUANCE OF SENTENCING |
| ) | |
| v. ) | |
| ) | |
| BONNIE LYNN RECINOS, ) | |
| ) | |
| Defendant. ) | |

## STIPULATION

Defendant by and through her counsel of record and Plaintiff by and through its counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for a sentencing hearing on Monday, January 5, 2015 at 10:00 a.m.

2. By this stipulation, the parties now move to continue the sentencing date to April 6, 2015 at 10:00 a.m.

3. The parties agree and stipulate, and request that the Court grant the continuance due to Ms. Recinos' health issues:

4. Defendant Recinos had surgery for a shoulder replacement on December 5, 2014. Her doctor has ordered three months of physical therapy. Therefore, she is requesting her sentencing be postponed until April 6, 2015 to finish her therapy.

IT IS SO STIPULATED:

DATED:      December 17, 2014

                                Respectfully submitted,

                                s/s Barbara Hope O'Neill          .
                                BARBARA HOPE O'NEILL,
                                Attorney for Bonnie Lynn Recinos

DATED:      December 17, 2014        s/s Henry Z. Carbajal, III              .
                                Henry Z. Carbajal, III
                                Assistant United States Attorney

**ORDER**

IT IS SO ORDERED.

Dated:   December 17, 2014        _____
                                                    SENIOR DISTRICT JUDGE