BARBARA HOPE O'NEILL #102968
Attorney at Law
2014 Tulare Street, Suite 510
Fresno, California  93721
Telephone:  (559) 459-0655

Attorney for Bonnie Lynn Recinos

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE No.  1:12-cr-00035-AWI-BAM-1 |
| ) | |
| ) | STIPULATION AND ORDER REGARDING |
| Plaintiff, ) | CONTINUANCE OF SENTENCING |
| ) | |
| v. ) | |
| ) | |
| BONNIE LYNN RECINOS, ) | |
| ) | |
| Defendant. ) | |

## STIPULATION

   Defendant by and through her counsel of record and Plaintiff by and through its counsel of record, hereby stipulate as follows:

   1.   By previous order, this matter was set for a sentencing hearing on Monday, April 6, 2015 at 10:00 a.m.

   2.   By this stipulation, the parties now move to continue the sentencing date to June 1, 2015 at 10:00 a.m.

   3.   The parties agree and stipulate, and request that the Court grant the continuance due to Ms. Recinos' health issues:

   4.   Defendant Recinos had surgery for a shoulder replacement on December 5, 2014. Her doctor has continued her physical therapy.  In addition, she fell on December 8 and is in the process of testing to determining a diagnosis for her injury.  As she has many other

medical issues that are also being diagnosed at this time, she is requesting her sentencing be postponed until June 1, 2015.

IT IS SO STIPULATED:

DATED:	March 11, 2015

Respectfully submitted,

s/s Barbara Hope O'Neill			.
BARBARA HOPE O'NEILL,
Attorney for Bonnie Lynn Recinos


DATED:	March 11, 2015		s/s Henry Z. Carbajal, III			.
					Henry Z. Carbajal, III
					Assistant United States Attorney


**ORDER**

IT IS SO ORDERED.

Dated:   March 11, 2015	

SENIOR DISTRICT JUDGE