BARBARA HOPE O'NEILL #102968
Attorney at Law
2014 Tulare Street, Suite 510
Fresno, California  93721
Telephone:  (559) 459-0655

Attorney for Bonnie Lynn Recinos

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE No.  1:12-cr-00035-AWI- BAM-1 |
| ) | |
| ) | STIPULATION AND ORDER REGARDING |
| Plaintiff, ) | CONTINUANCE OF SENTENCING |
| ) | |
| v. ) | |
| ) | |
| BONNIE LYNN RECINOS, ) | |
| ) | |
| Defendant. ) | |

## STIPULATION

Defendant by and through her counsel of record and Plaintiff by and through its counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for a sentencing hearing on Monday, June 1, 2015 at 10:00 a.m.

2. By this stipulation, the parties now move to continue the sentencing date to July 27, 2015 at 10:00 a.m.

3. The parties agree and stipulate, and request that the Court grant the continuance due to Ms. Recinos' health issues:

4. Due to extreme pain issues, defendant Recinos is scheduled for an MRI in the near future.  As she has many other medical issues that are also being diagnosed at this time, she is requesting her sentencing be postponed until July 27, 2015.

IT IS SO STIPULATED:

DATED:        April 28, 2015

                                        Respectfully submitted,


                                         s/s Barbara Hope O'Neill           .
                                        BARBARA HOPE O'NEILL,
                                        Attorney for Bonnie Lynn Recinos


DATED:        April 28, 2015         s/s Henry Z. Carbajal, III            .
                                      Henry Z. Carbajal, III
                                      Assistant United States Attorney




                                    **ORDER**


IT IS SO ORDERED.

Dated:  April 28, 2015            _____
                                      SENIOR  DISTRICT  JUDGE