1  BARBARA HOPE O'NEILL #102968
   Attorney at Law
2  2014 Tulare Street, Suite 510
   Fresno, California  93721
3  Telephone:  (559) 459-0655

4  Attorney for Bonnie Lynn Recinos

5

6

7

8                  **UNITED STATES DISTRICT COURT**

9                  **EASTERN DISTRICT OF CALIFORNIA**

10

11 UNITED STATES OF AMERICA,  )   CASE No.:  1:12-cr-00035-AWI- BAM-1
                              )
12                            )   STIPULATION AND ORDER REGARDING
            Plaintiff,        )   CONTINUANCE OF SENTENCING
13                            )
       v.                     )
14                            )
15 BONNIE LYNN RECINOS,       )
                              )
16         Defendant.         )

17                        **STIPULATION**

18
    Defendant by and through her counsel of record and Plaintiff by and through its
19
   counsel of record, hereby stipulate as follows:
20
    1.   By previous order, this matter was set for a sentencing hearing on Monday, July
21
   27, 2015 at 10:00 a.m.
22
    2.   By this stipulation, the parties now move to continue the sentencing date to
23
   October 5, 2015 at 10:00 a.m.
24
    3.   The parties agree and stipulate, and request that the Court grant the continuance
25
   due to Ms. Recinos' health issues.
26
    4.   Due to extreme back pain issues, defendant Recinos' Doctor will not let her
27
   travel for 12 weeks.  As she has many other medical issues that are also being treated at
28
   this time, she is requesting her sentencing be postponed until October 5, 2015.

                                    -1-

1  IT IS SO STIPULATED:

2

3  DATED:        July 16, 2015

4                                   Respectfully submitted,

5

6                                    s/s Barbara Hope O'Neill            .
                                     BARBARA HOPE O'NEILL,
7                                    Attorney for Bonnie Lynn Recinos

8

9

10 DATED:        July 16, 2015        s/s Henry Z. Carbajal, III                .
                                     Henry Z. Carbajal, III
11                                   Assistant United States Attorney

12

13

14                               **ORDER**

15

16 IT IS SO ORDERED.

17 Dated:   July 16, 2015        _____

18                                 SENIOR  DISTRICT  JUDGE

19

20

21

22

23

24

25

26

27

28