BARBARA HOPE O'NEILL #102968
Attorney at Law
2014 Tulare Street, Suite 510
Fresno, California 93721
Telephone: (559) 459-0655

Attorney for Bonnie Lynn Recinos

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE No. 1:12-cr-000035-AWI- BAM-1 |
| ) | |
| ) | STIPULATION AND ORDER REGARDING |
| Plaintiff, ) | CONTINUANCE OF SENTENCING |
| ) | |
| v. ) | |
| ) | |
| BONNIE LYNN RECINOS, ) | |
| ) | |
| Defendant. ) | |

## STIPULATION

Defendant by and through her counsel of record and Plaintiff by and through its counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for a sentencing hearing on Monday, October 5, 2015 at 10:00 a.m.

2. By this stipulation, the parties now move to continue the sentencing date to April 18, 2016 at 10:00 a.m.

3. The parties agree and stipulate, and request that the Court grant the continuance due to Ms. Recinos' health issues.

4. Due to her recent stroke and limitations due to her multiple sclerosis, defendant Recinos' Doctor will not let her travel for six months. As she has many other medical issues that are also being treated at this time, she is requesting her sentencing be postponed until April 18, 2016.

IT IS SO STIPULATED:

DATED:     September 28, 2015

                                              Respectfully submitted,

                                              s/s Barbara Hope O'Neill          .
                                              BARBARA HOPE O'NEILL,
                                              Attorney for Bonnie Lynn Recinos

DATED:     September 28, 2015          s/s Henry Z. Carbajal, III              .
                                              Henry Z. Carbajal, III
                                              Assistant United States Attorney

                                              **ORDER**

IT IS SO ORDERED.

Dated:   September 28, 2015          _____
                                              SENIOR  DISTRICT  JUDGE