BARBARA HOPE O'NEILL

Attorney at Law

2014 Tulare Street, Suite 510

Fresno, California 93721

Attorney for Bonnie Lynn Recinos

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:12-cr-000035-DAD-BAM |
| Plaintiff, | |
| v. | STIPULATION AND ORDER REGARDING CONTINUANCE OF SENTENCING |
| BONNIE LYNN RECINOS, | |
| Defendants. | |

**STIPULATION**

Defendant by and through her counsel of record and Plaintiff by and through its counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for a sentencing hearing on Monday, April 18, 2016 at 10:00 a.m.

2. By this stipulation, the parties now move to continue the sentencing date to November 7, 2016 at 10:00 a.m.

3. The parties agree and stipulate, and request that the Court grant the continuance due to Ms. Recinos' health issues.

4. Due to her multiple sclerosis and needing back surgery which is causing her pain, defendant Recinos' doctor will not let her travel to six months from April 8, 2016. As she has many other medical issues that are also being treated at this time, she is requesting her sentencing

1  be postponed until November 7, 2016.

3  IT IS SO STIPULATED

4                                                               Respectfully submitted,

6  DATED:    March 14, 2016             /s/Barbara Hope O'Neill

7                                                               BARBARA HOPE O'NEILL

8                                                               Attorney for Bonnie Lynn Recinos

10 DATED:    March 14, 2016             /s/Henry Z. Carbajal, III

11                                                              Assistant United States Attorney

13                                                           **ORDER**

15 IT IS SO ORDERED.

16 Dated:  **March 16, 2016**                    _____

                                                                     UNITED STATES DISTRICT JUDGE