Barbara Hope O'Neill  #102968
Attorney at Law
2014 Tulare Street, Suite 510
Fresno, California 93721
Telephone:  (559) 459-0655
Fax:  (559) 459-0656
Email:  tajfalaw@yahoo.com
Attorney for Bonnie Lynn Recinos

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>      v.<br><br>BONNIE LYNN RECINOS,<br><br>           Defendant. | Case No: 1:12-CR-000035-DAD-BAM-1<br><br>STIPULATION AND ORDER REGARDING CONTINUANCE OF SENTENCING<br><br>DATE:  November 7, 2016<br>TIME:   10 a.m.<br>Hon. Dale A. Drozd |

Defendant by and through her counsel of record and Plaintiff by and through its counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for a sentencing hearing on Monday, November 7, 2016 at 10 a.m.

2. By this stipulation, the parties now move to continue the sentencing date to March 20, 2017 at 10:00 a.m.

3. The parties agree and stipulate and request that the court grant the continuance due to Ms. Recinos' health issues.

4. Due to her multiple sclerosis and needed two-procedure back surgery (which has now been scheduled for November and December), defendant Recinos' doctor will not let her travel until March of 2017.  As she has many other medical issues that are in treatment at this time, she is requesting her sentencing be continued to March 20, 2017 at 10 a.m.

1

| | | |
|---|---|---|
| 1 | DATED: October 20, 2016 | Respectfully submitted, |
| 3 | | /s/Barbara Hope O'Neill |
| 4 | | BARBARA HOPE O'NEILL<br>Attorney for Bonnie Lynn Recinos |
| 6 | DATED: October 20, 2016 | /s/Henry Z. Carbajal, III |
| 7 | | HENRY Z. CARBAJAL, III<br>Assistant United States Attorney |

## **ORDER**

The Court has reviewed and considered the stipulation of the parties to continue the sentencing in this case.  Good cause appearing, the sentencing hearing as to Bonnie Lynne Recinos previously set for November 7, 2016, is continued to March 20, 2017, at 10:00 a.m. in Courtroom 5 before District Judge Dale A. Drozd.

IT IS SO ORDERED.

Dated:   **October 21, 2016**          _____
                                                                  UNITED STATES DISTRICT JUDGE

2