Barbara Hope O'Neill  #102968
Attorney at Law
2014 Tulare Street, Suite 510
Fresno, California 93721
Telephone:  (559) 459-0655
Fax:  (559) 459-0656
Email:  tajfalaw@yahoo.com
Attorney for Bonnie Lynn Recinos

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>BONNIE LYNN RECINOS,<br><br>Defendant. | Case No: 1:12-CR-00035-DAD-BAM-1<br><br>STIPULATION AND ORDER TO CONTINUE SENTENCING |

Defendant by and through her counsel of record and Plaintiff by and through its counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for a sentencing hearing on Monday, March 20, 2017, at 10 a.m.

2. By this stipulation, the parties now move to continue the sentencing date to April 10, 2017, at 10:00 a.m.

3. The parties agree and stipulate and request that the court grant the continuance due to more time is needed to prepare the amended presentence report. Therefore, she is requesting her sentencing be continued to April 10, 2017, at 10:00 a.m.

DATED: March 6, 2017

/s/Barbara Hope O'Neill
BARBARA HOPE O'NEILL
Attorney for Bonnie Lynn Recinos

DATED:  March 6, 2017               /s/Henry Z. Carbajal, III
                                    HENRY Z. CARBAJAL, III
                                    Assistant United States Attorney

**ORDER**

The Court has reviewed and considered the stipulation of the parties to continue the sentencing in this case. Good cause appearing, the sentencing hearing as to the above named defendant currently scheduled for March 20, 2017, is continued until April 10, 2017, at 10:00 a.m. in Courtroom 5 before District Judge Dale A. Drozd.

IT IS SO ORDERED.

Dated:  **March 6, 2017**                  _____
                                           UNITED STATES DISTRICT JUDGE