**HENNESSY LAW GROUP**
1215 L ST
Bakersfield, CA 93301
Telephone: (661) 237-7179
TIMOTHY P. HENNESSY, STATE BAR NO. 286317

Attorney for:
BONNIE LYNNE RECINOS

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT of CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>          vs.<br><br>BONNIE LYNNE RECINOS,<br><br>                    Defendant | Case No.: 1:12-cr-00035-DAD-BAM<br><br>**ORDER GRANTING MOTION TO WITHDRAW AS ATTORNEY OF RECORD** |

TO: THE CLERK OF THE UNITED STATES DISTRICT COURT, HONORABLE DALE A. DROZD AND HENRY CARBAJAL, ASSISTANT UNITED STATES ATTORNEY:

**COMES NOW** Defendant, Bonnie Lynne Recinos, by and through his attorney of record, Timothy P. Hennessy hereby requesting to withdraw as attorney of record.

**IT IS SO STIPULATED.**

DATED: 11/30/2021

                                                        Respectfully Submitted,

                                                        ***/s/ Timothy P. Hennessy***
                                                        TIMOTHY P. HENNESSY
                                                        Attorney for Defendant
                                                        Bonnie Lynne Recinos

**ORDER**

Good cause appearing, the motion to withdraw as counsel of record is hereby granted.

IT IS SO ORDERED.

Dated: __**December 2, 2021**__

_____
UNITED STATES DISTRICT JUDGE